AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Sheliky SANCHEZ | ) |
| YOB: 1987 | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Case No.    **21mj1674**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 22 September, 2021 _____ in the county of _____ Bernalillo _____ in the _____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | 18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

CHRISTOPHER MAESTAS, Task Force Officer, FBI
_Printed name and title_

Sworn to before me telephonically

Date: _____ 11/10/2021 _____

_____
_Judge's signature_

City and state: _____ Albuquerque, New Mexico _____

Laura Fashing, US MAGISTRATE JUDGE
_Printed name and title_

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Christopher Maestas, being duly sworn, depose and state:

1.     I have been a law enforcement officer for approximately nineteen years and am employed as a Task Force Officer (TFO) with the Rio Rancho Police Department (RRPD). I am currently assigned to the Safe Streets High Intensity Drug Trafficking Area Gang Task Force (SSGTF) at the Albuquerque Field Office of the Federal Bureau of Investigation (FBI). I primarily investigate transnational organized crime, gang-criminal enterprises, and drug trafficking organizations involved in unlawful possession of firearms, distribution of controlled substances, racketeering activities, and conspiracies associated with these offenses. I have received on the job training from other experienced agents, detectives, and correctional officers in the investigation of gangs and criminal organizations. My investigative training and experience include, but is not limited to, interviewing subjects, targets, and witnesses; writing affidavits for and executing search and arrest warrants; managing cooperating sources; collecting evidence; conducting surveillance; and analyzing public records. The information included herein is based on police reports, records checks, and conversations with law enforcement officers related to Sheliky J. SANCHEZ

2.     This affidavit is submitted in support of a criminal complaint charging SANCHEZ, born in 1987, with a violation of 18 U.S.C. §§ 922(g)(1) and 924, that being a Felon in Possession of a Firearm.

**BACKGROUND**

3.     Based on my review of state court records and law enforcement data bases, I am aware that SANCHEZ is a convicted felon. I observed plea documents, signed by SANCHEZ, from the state of Texas associated with his prior conviction for Unauthorized Use of Vehicle (El Paso County, Texas) (2015D03202).  These documents expressly state that SANCHEZ's offense of

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

conviction is punishable by a term of imprisonment for over a year. Further, I am aware that SANCHEZ received a conditional discharge for the below listed NM offenses on February 20, 2019, which deferred adjudication of guilt for a period of three years:

     a.  Receiving or Transferring Stolen Motor Vehicles (CR-2017-00885);

     b.  Tampering with Evidence (CR-2017-00885);

     c.  Possession of Controlled Substance (Methamphetamine) (CR-2018-03514).

## INVESTIGATION

4.     Officers with the Special Services Unit (SSU) from the Rio Rancho Police Department were investigating one commercial burglary and one being an attempted burglary involving a stolen white Ford F-150 truck. The stolen Ford F-150 was identified to be the same vehicle at both commercial burglaries via security cameras at each site. The stolen Ford F-150 was a unique Platinum series F-150 and had tinted windows, black aftermarket rims, black tonneau cover, and aftermarket exhaust. A vehicle matching this description was stolen from a residence on 08/15/2021 in Rio Rancho, New Mexico. On 09/15/2021 SSU Officer A. Cordova spoke with the victim of the stolen F-150, who was able to provide a current picture of his stolen truck.

5.     On 09/22/2021 SSU Officer Cordova located the stolen vehicle driving around Carlisle and Candeleria NW Albuquerque, New Mexico. This vehicle matched the exact description provided by surveillance cameras from the two commercial burglaries and the registered owner of the stolen F-150. Surveillance was established on the vehicle in hopes to identify the occupants. During the attempted burglary, the stolen F150 immediately fled from responding Officers, driving into oncoming traffic to avoid apprehension. Due to this information the decision was made to not conduct a traffic stop but to wait and find an opportunity for an apprehension.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

6.      During surveillance the vehicle stopped at a residence in Albuquerque in an area known to Law Enforcement as being a Brew Town Gang area.  TFO Maestas contacted SA Spaeth who is the case agent for the Brew Town case, who believed the occupant of the residence was a Brew Town associate.

7.      Surveillance was maintained on the stolen vehicle which eventually stopped and parked at the Circle R located at 3609 Comanche Rd NE. Several passengers exited the vehicle, and it was determined a vehicle block maneuver (VBM) would be initiated to apprehend the driver.

8.      Three police vehicles parked directly behind the suspect vehicle with lights activated and commands initiated to exit the vehicle. The driver immediately drove forward hitting a metal pole barrier creating space between the stolen vehicle and police vehicles. Several more command were giving to stop, which the driver ignored and reversed into one police vehicle creating more space between to the two vehicles. The driver then drove forward towards a white Chevy Impala impacting the Impala's driver side front fender which was occupied by an adult male and his 6-year-old daughter. The suspect then placed the stolen truck in reverse where 3 SSU Officers (Ofc J. McDowell, Ofc A. Cordova, Ofc B. Martinez) were positioned for an apprehension, which all 3 Officer's had to quickly maneuver to avoid being ran over by the stolen F-150. During this time the driver reversed at a high rate of speed crashing into a wooden utility pole causing the pole to crack in half and fall onto a power line. The vehicle was high centered on the bottom half of the broken wooden pole. The top half of the broken pole remained mostly upright as the cables and the stolen truck kept it from falling onto the ground. The remaining wires from the broken pole landed on the Police vehicles attempting to VBM the stolen F-150.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

9.      Once the driver realized the vehicle was inoperable, he immediately exited the vehicle and fled on foot westbound toward Carlisle Blvd NE. The suspect refused to comply with numerous commands to stop and surrender. The suspect was being followed by Police when he could be seen retrieving what appeared to be a handgun from his waistband area. When Officers positively saw the handgun, the suspect immediately threw the handgun towards a parked car in the parking lot of 3800 Carlisle Blvd NE. The suspect continued to run across Palo Duro Ave NE and into the rear parking lot at 3816 Carlisle Blvd NE. The suspect was then unable to scale a metal fence and eventually gave up and was arrested.

10.     Upon arrest a search was performed after the suspect was handcuffed, where 23.30 grams of methamphetamines (field tested positive) were in his front pants pocket along with 8 unspent .45 caliber rounds and $164.90.  The handgun recovered was a Smith and Wesson M&P Shield (HUB1726) .45 caliber, along with 7 unspent .45 caliber bullets in the magazine.

11.     Initially after the suspect was apprehended, he refused to identify himself and lacked any identification on his person. The suspect eventually advised Officers his name was Sheliky SANCHEZ.

12.     The firearm was examined by your affiant on November 1, 2021 and is fully functional and functioned as designed. The firearm can expel a projectile by the action of an explosive and meets the federal definitions under 18 U.S.C. § 921. To my knowledge and based upon research, the firearm was not manufactured within the District of New Mexico, but rather in Springfield, MA at the Smith & Wesson Corp. Therefore, the firearm traveled in interstate commerce. The firearm recovered included the frame and receiver.

13.     Based on the above information, there is probable cause to believe that SANCHEZ has committed violations of 18 U.S.C. §§ 922(g)(1) and 924, that being a Felon in Possession of a

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Firearm. This Complaint was approved for submission to the Court by AUSA Holland S.

Kastrin.

Respectfully submitted,

Christopher Maestas
FBI Task Force Officer

Sworn to before me by telephone or other reliable electronic means. On 11/10/2021

Honorable Judge Laura Fashing
UNITED STATES MAGISTRATE JUDGE